THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL A. WURZBERG, Appellant.

(Argued October 24, 1934; decided November 20, 1934.)

*Theodore I. Welenkew, Harry G. Anderson, Joseph H. Stein* and *Samuel S. Leibowitz* for appellant.

*William F. X. Geoghan, District Attorney (Ralph K. Jacobs* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.